**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TYRONE M. CHRISTIAN,**<br><br>     Plaintiff(s),<br><br>     v.<br><br>**HOMEWARD RESIDENTIAL, INC.,**<br><br>     Defendant(s). | Case No.: 13-CV-00065 YGR<br><br>**ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On January 14, 2013, Defendant filed a Motion to Dismiss. (Dkt. No. 7). The hearing on the motion is set for April 9, 2013. Plaintiff's opposition was due on or about January 31, 2013. Civ. L.R. 7-3(a); *see also*, Dkt. No. 13 (Notice of Non-Opposition).

To date, Plaintiff has failed to oppose the Motion. <u>Plaintiff shall file an opposition to the Motion to Dismiss no later than **April 26, 2013**</u>. <u>Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.</u> Any reply to an opposition must be served and filed not more than 7 days after the opposition is filed. Civ. L.R. 7-3(c).

The hearing date of April 9, 2013 is hereby **CONTINUED** to **May 14, 2013** at **2:00 p.m.**

The Motion to Appear by Telephone at the April 9, 2013 (Dkt. No. 17) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: April 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**