**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TYRONE M. CHRISTIAN,**<br>    **Plaintiff,**<br>    **vs.**<br>**HOMEWARD RESIDENTIAL, INC.,**<br>    **Defendant(s).** | Case No.: 13-CV-00065 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from April 22, 2013 to **Monday, June 24, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

Homeward Residential, Inc.'s Motion to Appear by Telephone (Dkt. No. 21) is **DENIED AS MOOT**.

This Order Terminates Docket Number 21.

**IT IS SO ORDERED.**

Date: April 17, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**