**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TYRONE M. CHRISTIAN,**<br><br>     **Plaintiff,**<br><br>     vs.<br><br>**HOMEWARD RESIDENTIAL, INC.,**<br><br>     **Defendant.** | Case No.: 13-CV-00065 YGR<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

On April 3, 2013, the Court issued an Order regarding Plaintiff's Failure to File an Opposition to Defendant's Motion to Dismiss, and allowed Plaintiff until April 26, 2013 to file an opposition. (Dkt. No. 19.)  Plaintiff was warned that failure to file an opposition would result in dismissal of this action for failure to prosecute.  (*Id.*)  Plaintiff did not file an opposition.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

The hearing date of May 14, 2013 is **VACATED**.

This Order terminates Docket Nos. 7 & 14.

**IT IS SO ORDERED.**

**Date: May 8, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**